ACCEPTED
05-15-00516-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
9/1/2015 3:19:55 PM
LISA MATZ
CLERK

NO.  05-15-00516-CV

IN THE COURT OF APPEALS FOR THE
FIFTH DISTRICT OF TEXAS
DALLAS, TEXAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
9/1/2015 3:19:55 PM
LISA MATZ
Clerk

**ROBERT ELLIOTT CUSTOM HOMES, LLC AND ROBERT ELLIOTT,**

**Appellants,**

**v.**

**LYNN O'NEIL DAUTERMAN,**

**Appellee.**

**APPELLANTS' MOTION TO EXTEND TIME TO
FILE APPELLANTS' BRIEF**

Appellants Robert Elliott Custom Homes, LLC and Robert Elliott ("Appellants") file this Motion to Extend Time to File Appellants' Brief and would respectfully show the Court as follows:

1.    Appellants' Brief is currently due September 8, 2015.[1]

2.    Appellants request an extension of either:

---

[1] Appellants' Brief is due September 6, 2015, a Sunday. Monday, September 7, 2015, is Labor Day, a legal holiday. Accordingly, pursuant to Tex. R. App. P. 4.1(a), the deadline is extended to and including September 8, 2015.

**APPELLANTS' MOTION TO EXTEND TIME TO FILE APPELLANTS' BRIEF** –
**Page 1**

a. thirty (30) days after the trial court enters its findings of facts and conclusion of law pursuant to Appellants' Motion to Abate Appeal and Compel Findings of Facts and Conclusions of Law ("Motion to Abate"); or

b. if the Court denies Appellants' Motion to Abate, a thirty (30) day extension to file Appellants' Brief, extending the deadline to and including Thursday, October 8, 2015.

3. As noted above, Appellants' filed their Motion to Abate on September 1, 2015, requesting that this appeal be abated until the trial court enters its findings of facts and conclusions of law regarding its denial of post-judgment sanctions. Appellants strongly believe that findings of facts and conclusions of law are warranted in this matter because the denial of sanctions came after evidence was entered and testimony was heard at a hearing on Appellants' Post-Judgment Motion for Sanctions.

4. Appellee has not responded to the Motion to Abate or indicated, as of the time of this filing, whether she opposes the Motion to Abate. It is also unknown whether Appellee will file a response or indicate whether she is opposed or unopposed to abatement until after Appellants' Brief is currently due.

5.     Therefore, Appellants seek an extension of thirty (30) days from the date the trial court enters its findings of fact and conclusions of law, presuming this Court grants Appellants' Motion to Abate.

6.     Alternatively, Appellants seek an extension of time to file their brief for the followings reasons in the event this Court denies their Motion to Abate:

a. So that counsel for Appellants can diligently prepare Appellants' Brief because Appellants' counsel has not had adequate time to work on this appeal due to:

i. One of Appellants' counsel, Mr. Wolf, was out of the country from August 18, 2015 to August 29, 2015 for a long planned trip while Appellants' other counsel, Mr. Chapaneri, was out of the country from August 23, 2015 to August 30, 2015 for his wedding.

ii. Other hearings were schedule for other matters involving Appellants' counsel the week of August 31, 2015, including a summary judgment hearing and pre-trial hearings and/or pre-trial exhibit exchanges, trial stipulations, etc.

iii. Finally, Appellants' counsel has a brief due in the Federal Fifth Circuit Court of Appeals on September 4, 2015, for which an extension had previously been granted.

7.     As of the time this motion is filed, it is unknown whether Appellee opposes the requested relief herein.

**APPELLANTS' MOTION TO EXTEND TIME TO FILE APPELLANTS' BRIEF** –
**Page 3**

8.     No previous extensions have been requested or granted for the relief requested herein.

9.     This motion is not sought for delay but so that justice may be done.

10.     Accordingly, Appellants request that the Court grant the relief requested herein and extend the deadline for Appellants to file their brief.

**WHEREFORE, PREMISES CONSIDERED**, Appellants respectfully request that Appellants be granted an extension of time of either thirty (30) days from the date the trial court enters its findings of fact and conclusions of law, or thirty (30) days from Appellants' current deadline of September 8, 2015.  Appellants pray for all such other and further relief to which they may be entitled whether in law or at equity.

Respectfully submitted,

**WOLF & HENDERSON, P.C.**
4309 Irving Avenue, Suite 200
Dallas, Texas 75219
Tel:   (214) 750-1395
Fax:   (214) 368-1395


By: _____
    William L. Wolf
      State Bar No. 21854500
    Christopher K. Chapaneri
      State Bar No. 24065032
    cnguyen@wolf-law.com

    ATTORNEYS FOR APPELLANTS

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument was served by electronic transmission and/or email on September 1, 2015, as follows:

Mark T. Josephs
Sara Hollan Chelette
Katie Coleman
Jackson Walker, LLP
901 Main Street, Suite 6000
Telephone:  (214) 953-6000
Facsimile:   (214) 953-5822
Email: mjosephs@jw.com
Email: schelette@jw.com
Email: klcoleman@jw.com

_____
Christopher K. Chapaneri

## CERTIFICATE OF CONFERENCE

On August 31, 2015, I attempted to confer via email with Mark Josephs, Sara Chelette, and Katie Coleman, counsel for Appellee, but have not received a response as of the time of filing of this motion. Therefore, it is not known at this time whether Appellee opposes this motion.

_____
Christopher K. Chapaneri